UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 8:26-cv-00840-MRA-KES | Date | June 26, 2026 |
|---|---|---|---|
| Title | *Michael Christopher Wagner v. Guy F. Atkinson Construction, LLC et al.* | | |

| Present: The Honorable | MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE |
|---|---|

| Melissa H. Kunig | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

Proceedings:       **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED AGAINST PLAINTIFF**

On April 14, 2026, the Court issued an Order setting the Scheduling Conference for Tuesday, June 30, 2026, at 11:00 a.m.   ECF 16.   The Court ordered the parties to file the Rule 26(f) report no later than 14 days before the scheduling conference.   *Id.* at 3.   The Court also reminded the parties of their obligation to "confer on a discovery plan at least **21 days** before the scheduling conference."   *Id.* at 2-3 (emphasis in original) (citing Fed. R. Civ. P. 26(a)(1)(f)).

On June 16, 2026, Defendant filed a 26(f) report (ECF 22) accompanied by a declaration of Defendant's counsel, Navdeep K. Singh (ECF 22-1).   Singh claims that Plaintiff's counsel has not responded to any attempts to confer regarding the 26(f) report and accompanying Appendix A.   *Id.* ¶¶ 3-5.   As such, in compliance with the Court's Order, Defendant filed a 26(f) report reflecting only Defendant's portions of the report and suggested schedule.   ECF 22.

The Court therefore **ORDERS** Plaintiff to **SHOW CAUSE** in writing no later than **July 1, 2026**, why sanctions should not be imposed for Plaintiff's failure to comply with this Court's April 14, 2026, Order by not cooperating and participating in the Rule 26 process.   The response shall address Defendant's 26(f) report and Singh Declaration, including Defendant's allegation that Plaintiff's counsel failed to respond to any communications regarding the report.   The Court, on its own motion, hereby **CONTINUES** the Scheduling Conference to **July 7, 2026, at 11:00 a.m.** on Zoom.

**IT IS SO ORDERED.**

| | Initial of Deputy Clerk | mku |
|---|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 8:26-cv-00840-MRA-KES | Date | June 26, 2026 |
|---|---|---|---|
| Title | *Michael Christopher Wagner v. Guy F. Atkinson Construction, LLC et al.* | | |